UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL LEAVITT, Secretary of Department )<br>Of Health and Human Services )<br>)<br>Defendant. )<br>) | C.A. No. |

**CERTIFICATE IN COMPLIANCE WITH LCvR 65.1(a)**

I certify that, on September 15, 2006, at about 1:45 pm, I tried to contact Sheila Lieber, an attorney with the Civil Division of the Justice Department in Washington with whom our office has been involved in litigation over the years and, when unable to reach her or Peter Robbins, to whom her office referred me, I contacted Daniel Van Horn, with the Civil Division of the U.S. Attorney's office, and informed him of our intention to file this action, including the request for a temporary restraining order, sometime later today. I offered to e-mail copies of all the documents that were to be filed, and, with his agreement, did in fact send those documents to him, through the email address of Jacqueline Bender in our office, as he indicated his office was a suitable place to receive them. I further certify that I will inform Mr. Van Horn by email when the case has actually been filed.

DATED: September 15, 2006

*Patricia B. Nemore*

Patricia B. Nemore
Counsel for Plaintiffs