CO-386-online
10/03

# United States District Court
# For the District of Columbia

ACTION ALLIANCE OF SENIOR )
CITIZENS, GRAY PANTHERS )
)
)
)
        vs   Plaintiff )   Civil Action No._____
)
MICHAEL LEAVITT, Secretary of )
Department of Health and Human Services )
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Action Alliance of Senior Citizens__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Action Alliance of Senior Citizens__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

937185
BAR IDENTIFICATION NO.

Vicki Gottlich, Esq.
Print Name

1101 Vermont Ave., N.W., Suite 1001
Address

Washington, DC 20005
City    State    Zip Code

(202) 216-0028
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

ACTION ALLIANCE OF SENIOR )
CITIZENS, GRAY PANTHERS )
)
)
)
              vs     Plaintiff )    Civil Action No._____
)
MICHAEL LEAVITT, Secretary of )
Department of Health and Human Services )
)
                      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  **Gray Panthers**  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Gray Panthers** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

937185
BAR IDENTIFICATION NO.

Vicki Gottlich, Esq.
Print Name

1101 Vermont Ave., NW
Address

Washington, DC   20005
City        State        Zip Code

202-216-0028 x103
Phone Number