UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-1607 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E-4220
Washington, D.C. 20530
(202) 514-7220

Dated: September 18, 2006