UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS </br></br>Plaintiffs,</br></br>v.</br></br>MICHAEL O. LEAVITT,</br>Secretary, of Health and Human Services,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)  Case No. 06-1607 (HHK)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## PRAECIPE AND JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE

Plaintiffs Action Alliance of Senior Citizens and Gray Panthers have filed a complaint and motion for a temporary restraining order and for a preliminary injunction, challenging Defendant's actions with respect to certain Medicare Part D beneficiaries as set forth in 42 U.S.C. §§ 1395 *et seq*. In order to resolve this matter in an orderly fashion and avoid the immediate need for the Court's consideration of Plaintiffs' motion for a temporary restraining order, the parties hereby submit this notice and proposed briefing schedule.

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and for Plaintiffs Action Alliance of Senior Citizens and Gray Panthers have conferred, and without Defendant waiving any defenses, hereby advise the Court that:

(1) For a period of ten (10) days, specifically until September 29, 2006, Defendant will voluntarily not send out any further written material requesting repayment to the approximately 230,000 medicare beneficiaries who received incorrect premium refunds in early August 2006 and who received letters requiring them to repay amounts on or before September 30, 2006;

(2) For a period of ten (10) days, until September 29, 2006, Defendant will voluntarily not post new material, or maintain existing material, on any website under his control concerning the Medicare beneficiaries discussed in paragraph 1; and

(3) Counsel have agreed to jointly propose the following proposed briefing schedule concerning Plaintiffs' complaint and motion for a preliminary injunction:

| | |
|---|---|
| September 21, 2006: | Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction and/or Motion to Dismiss |
| September 25, 2006 (close of business, prior to 5 p.m.): | Plaintiff's Reply and/or Response to Defendant's Motion |
| September 26, 2006 (prior to the hearing, scheduled for 4:15 p.m.): | Defendant's Reply (in the event Defendant files a Motion to Dismiss) |

A proposed order is attached.

DATED: September 18, 2006

        /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

        /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220 / FAX: (202) 514-8780

OF COUNSEL:

DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of Health
and Human Services

                                                       /s/
                                        Vicki Gottlich
                                        D.C. Bar No. 937185
                                        Patricia Nemore
                                        D.C. Bar No.204446
                                        Center for Medicare Advocacy, Inc.
                                        1101 Vermont Ave., N.W. Suite 1101
                                        Washington, D.C. 20005
                                        202-216-0028, 202-216-0119 (fax)

                                        Counsel for Plaintiffs.