UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, of Health and Human Services,<br><br>Defendant. | Case No. 06-1607 (HHK) |

## ORDER

Having considered the parties' Praecipe and Joint Notice of Proposed Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the parties shall submit briefing in accordance with the following schedule:

| | |
|---|---|
| September 21, 2006: | Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction and/or Motion To Dismiss |
| September 25, 2006 (close of business, 5 p.m.): | Plaintiff's Reply and/or Response to Defendant's Motion |
| September 26, 2006 (prior to the hearing, scheduled for 4:15 p.m.): | Defendant's Reply |

_____
UNITED STATES DISTRICT JUDGE