UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS ) <br> ) <br> GREY PANTHERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL LEAVITT, Secretary of Health ) <br> and Human Services., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.:  06-1607-HHK |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that judgment be, and the same hereby is, entered for Defendant.

_____
United States District Judge