UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, <br> GRAY PANTHERS <br>                   Plaintiffs, <br><br>         v. <br><br> MICHAEL LEAVITT, Secretary of Department <br> Of Health and Human Services <br><br>                   Defendant. | Civil Action No. 06-1607 (HHK) |

DECLARATIONS OF PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, Secretary of Department Of Health and Human Services <br><br> Defendant. | Civil Action No. 06-1607 (HHK) |

DECLARATION OF PEDRO RODRIGUEZ

I, PEDRO RODRIGUEZ, hereby declare based upon my own personal knowledge:

1. I am the Executive Director of Action Alliance of Senior Citizens, a position I have held since 1999.

2. Action Alliance organizes grassroots senior groups throughout the Commonwealth of Pennsylvania and includes over 110,000 people in its membership and affiliated clubs. A large percentage of these are Medicare beneficiaries, and most of them are enrolled in a Part D-authorized plan. Action Alliance has an annual budget of $80,000.

3. Action Alliance is active in promoting information about Medicare among its members and among the wider population of older people throughout Pennsylvania and primarily in the Southeastern Pennsylvania region. It is also active in addressing both individual and systemic issues that Medicare beneficiaries encounter.

4. Action Alliance communicates with its members and with other older people through a newsletter, through frequent presentations at senior housing sites, senior centers and senior citizen clubs, through town meetings, through a monthly membership council meeting for club delegates and general members, and through individual, one-on-one assistance to those who contact the organization. The newsletter is sent to more than 4,100 individuals and organizations. Senior center presentations, approximately monthly, often include segments on the rights of beneficiaries in such plans. In collaboration with Community Legal Services and the Pennsylvania Health Law Project, Action Alliance advises and advocates for individuals with Medicare-related problems.

5. Action Alliance has already heard that individuals in Pennsylvania have received the letter from CMS concerning incorrect payments and is assessing how best to help its members and other Pennsylvania Medicare beneficiaries to understand that they have options not

presented to them in the letter. Action Alliance is now evaluating how best to get the necessary information out to its members and others affected in Pennsylvania and to advise and educate them immediately as to the scope and meaning of their rights. Action Alliance expects to take action to this end within the next few days.

6. As a result of the Secretary Leavitt's failure to inform beneficiaries of their rights, members of Action Alliance will not have adequate information to make informed decisions about what steps to take with respect to the payment that they received and may repay money to which they are legally entitled under the waiver rules.

7. Furthermore, Action Alliance staff will have insufficient time in which to analyze information to help its members make informed choices and therefore will not be able to carry out its mandate to its membership. It also will have to devote scarce time, effort, staff, and other resources to quickly analyze the relevant information and provide as effective assistance to its members and others as it can in a short period of time. The resources devoted to these efforts could be used for other projects to implement Action Alliance's mandate if the Secretary had carried out his obligations. By failing to carry out these obligations, the Secretary has expanded the size of the universe of people needing Action Alliance's assistance and the scope of the assistance needed, has interfered with and impeded Action Alliance's mandate, and has reduced the overall effectiveness of its programs and efforts.

Executed under penalty of perjury in Philadelphia, Pennsylvania on this 13 day of September, 2006.

*[signature]*
PEDRO RODRIGUEZ

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACTION ALLIANCE OF SENIOR CITIZENS )
GRAY PANTHERS                       )
                                    )
            Plaintiffs,              )
                                    )   C.A. No. 06-1607-HHK
                                    )
MICHAEL LEAVITT, Secretary of Department )
Of Health and Human Services         )
            Defendant.               )

DECLARATION OF SUSAN MURANY

I, SUSAN MURANY, hereby declare based upon my own personal knowledge:

1. I am the Executive Director of Gray Panthers, a position I have held since 2003.

2. Gray Panthers is a national organization with 25 chapters located throughout the country. Its mission is to organize people of all ages to fight for social and economic justice, with a specific focus on organizing around health care issues that affect its entire membership. About 90% of its 20,000 members are Medicare beneficiaries, and about 80% of these are enrolled in Part D-authorized plans. Gray Panthers has an annual budget of $225,000.

3. Gray Panthers communicates with its members and with other older people through its website, updates to chapters, telephone meetings and through frequent presentations at senior housing sites, senior centers and senior citizen clubs.

4. Gray Panthers is active in promoting information about Medicare among its members and among the wider population of older people throughout the country and in trying to redress difficulties Medicare beneficiaries have with Part D. In particular, a California chapter has a

1

grant to provide outreach and education about Medicare Part D throughout the state of California.

4. Gray Panthers has been contacted about Part D problems by members and by the general public who do not understand the information and advice they have been provided. Gray Panthers is trying to dispense information and advice to its members and others about what they should do.

5. As a result of Secretary Leavitt's failure to inform beneficiaries of their rights to waiver of recovery, members of Gray Panthers will not have adequate information to make informed decisions about what steps to take with respect to the payment that they received and may repay money to which they are legally entitled under the waiver rules.

7. Furthermore, Gray Panthers staff will have insufficient time in which to analyze information to help its members make informed choices and therefore will not be able to carry out its mandate to its membership. It also will have to devote scarce time, effort, staff, and other resources to quickly analyze the relevant information and provide as effective assistance to its members and others as it can in a short period of time. The resources devoted to these efforts could be used for other projects to implement Gray Panthers' mandate if the Secretary had carried out his obligations. By failing to carry out these obligations, the Secretary has expanded the size of the universe of people needing Gray Panthers' assistance and the scope of the assistance needed, has interfered with and impeded Gray Panthers' mandate, and has reduced the overall effectiveness of its programs and efforts.

Executed under penalty of perjury in Washington, D.C. on this 25 day of September, 2006.

_____
SUSAN MURANY

2