UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, of Health and Human Services, )<br>)<br>Defendant. )<br>) | Case No. 06-1607 (HHK) |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Marcus Christ as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
MARCUS H. CHRIST
D.C. Bar No. 402355
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
7500 Security Blvd., C2-05-23
Baltimore, MD 21244
410-786-9304

Dated: September 26, 2006