UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS )<br>)<br>GRAY PANTHERS )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL LEVITTT, Secretary of Department )<br>Of Health and Human Services )<br>)<br>Defendant ) | C.A. No. 06-1607 (HHK) |

### DECLARATION OF LUCY C. LOVEALL

1. My name is Lucy Carolyn Loveall. I am 65 years old and a resident of Simpson County, Kentucky. I receive Social Security Retirement benefits and am enrolled in a Medicare Part D Plan. I am making this declaration on my own behalf to inform the Court that I have agreed to participate in this lawsuit as a Plaintiff.

2. I reside at 728 N. Main Street, Franklin, Kentucky 42134. My mailing address is P.O. Box 698, Franklin, KY 42135-0698. I am married to Harvey A. Loveall and between the two of us we have 7 children and 30 grand and great-grandchildren. I receive $859 per month in Social Security Retirement benefits. I also receive a retirement check from my deceased first husband's account of $445.22 per month. My husband's Social Security Retirement benefits are $909.90 per month. We have no other income. Our total income is $2214.12 per month.

3. In 1994 I developed cancer of the breast and lymph nodes. I had surgery and was unable to work after that. I used to run an instant photo service. My first husband died of kidney and bone

1

cancer in 1994. I started receiving Social Security Disability benefits in 1995 but when I turned 65 this year I began receiving Social Security Retirement instead.

4. My husband and I both have numerous prescriptions we no longer take because we cannot afford the cost. We both used to take Lipitor for high cholesterol. My husband has had heart surgery, had a new pacemaker put in this year and has had several stints inserted. He also has a sleep disorder. We both have to occasionally take nitroglycerin for heart problems. Our doctors often prescribe medications that are not covered under our Medicare Part D Plan.

5. My husband and I both signed up for the Humana Medicare Part D Plan this year. We each pay $23.15 per month in premiums.

6. In August of this year, I received a direct deposit from Social Security into my checking account for $161.70. I was first told this was for a reimbursement due to me. I talked to the social worker at our Senior Center about it. She contacted Medicare and Social Security and was told that because of the insurance companies, the premiums would no longer be deducted from the Social Security check. Nothing was said about having to repay the money, so I spent it.

7. I cannot afford to repay the $161.70. Repayment at this point would cause a serious hardship to my husband and me. Our monthly expenses are as follows:

| | |
|---|---|
| Mortgage | $ 412 |
| Electric | 187 |
| Water | 40 |
| Telephone | 70 |
| Food | 650 |
| Car insurance | 155 |
| Life insurance | 128 |
| Cable | 51 |
| Payday loans | 687 |
| TOTAL | $3067 |

2

8. The reason I owe so much in payday loans is that I had to have all my teeth removed and replaced with dentures and I had no dental insurance or any other way to pay this expense.

9. I declare under penalty of perjury that the above information is true and correct.

Dated this 26 day of Sept., 2006.

*Lucy C. Loveall*
Lucy C. Loveall