UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS<br><br>               Plaintiffs,<br><br>     v.<br><br>MICHAEL LEAVITT, Secretary of Department Of Health and Human Services<br><br>               Defendant. | Civil Action No. 06-1607 (HHK) |

DECLARATION OF JACQUELINE A. BENDER CONCERNING SERVICE OF
COMPLAINT AND SUMMONSES

I, Jacqueline A. Bender, under the direction of counsel for the plaintiffs, Vicki Gottlich, herby certify that on September 15, 2006, I caused to be mailed, by certified mail, return receipt requested, the complaint and summons in the above-captioned case to the following:

U.S. Department of Health and Human Services
200 Independence Avenue, S.W., Suite 615F
Washington, D.C. 20001

U.S. Attorney for the District of Columbia
501 3rd Street, N.W., Suite 4500
Civil Division, 4th Floor
Washington, D.C. 20001
Attn: Civil Process Clerk

Alberto Gonzales
Attorney General of the United States
Case Classifications
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

I am over eighteen years of age and am not a party to this litigation.

I certify under penalty of perjury that the foregoing is true and correct.   Executed on September

29, 2006.

                                                        JACQUELINE A. BENDER