UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACTION ALLIANCE OF SENIOR CITIZENS )
)
GRAY PANTHERS, )
)
      Plaintiffs, )
)
    v. ) Civil Action No.: 06-1607-HHK
)
MICHAEL LEAVITT, Secretary of Health )
and Human Services., )
)
      Defendant. )
)

**DEFENDANT'S EMERGENCY MOTION FOR STAY PENDING APPEAL,
OR IN THE ALTERNATIVE FOR A TEMPORARY STAY TO ALLOW
THE COURT OF APPEALS TO CONSIDER DEFENDANT'S STAY MOTION**

    Defendant, Michael O. Leavitt, Secretary of Health and Human Services, respectfully moves for a stay pending appeal of the preliminary injunction entered on September 27, 2006. In the alternative, defendant requests a temporary stay to allow the court of appeals time to consider the government's motion for a stay pending appeal.

    As the attached declaration explains, the Department of Health and Human Services has already received approximately $25 million of the $50 million that, in total, was refunded in error to Part D prescription drug plan participants. The $25 million reflects payments received from approximately 111,000 participants. The court's order would require the Secretary to repay the $25 million already recovered, and to send letters to each of the 230,000 plan participants informing the participants that repayment must be waived if repayment would be a hardship.

    The order should be stayed pending appeal. A stay will not result in injury to plaintiffs. Medicare, unlike Medicaid, is not a means-tested program, and participants who choose to enroll in

Part D prescription drug plans understand that they are required to pay monthly premiums in specified amounts. There is no basis for presuming that such individuals will be irreparably harmed unless they are allowed to retain premium refunds that were issued in error. Indeed, the complaint and preliminary injunction motion did not identify a single plan participant who claimed that repayment would be a hardship. The amended complaint identifies only a one plan participant who claims that repayment would be a hardship, and she does not allege that she intends to repay the money she received in error. Plainly the allegations of a single plan participant cannot support an injunction that applies to 230,000 individuals.

By contrast, the injunction, unless stayed, will serve only to create confusion while imposing substantial and unrecoverable administrative costs. The order requires HHS to notify 230,000 persons of a right that, in the government's view, does not exist and to refund, for a second time, $25 million that should not have been refunded in the first instance. Even apart from the obvious programmatic costs, the result of the order would be to create massive confusion regarding participant obligations and available procedures. Moreover, an order requiring that half of the $50 million in erroneous refunds be reissued can only be thought to invite the type of problem that plaintiffs ostensibly seek to avoid.

Accordingly, for all of the reasons stated above, Defendant respectfully requests that the Court stay its September 27, 2006 Order pending appeal of the preliminary injunction. In the alternative, defendant requests a temporary stay to allow the court of appeals time to consider the government's motion for a stay pending appeal.

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR, D.C. Bar # 28639
                    United States Attorney

                    /s/
                    MEGAN L. ROSE, N.C. Bar # 28639
                    Assistant United States Attorney
                    Civil Division
                    555 Fourth St., N.W.
                    Washington, D.C. 20530
                    202-514-7220

                    /s/
                    MARCUS H. CHRIST
                    LAWRENCE J. HARDER
                    U.S. Department of Health and Human Services
                        Office of the General Counsel
                    Centers for Medicare & Medicaid Services
                        Division
                    7500 Security Blvd., C2-05-23
                    Baltimore, MD 21244
                    410-786-9304

<u>OF COUNSEL</u>:

DANIEL MERON
General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
  for Litigation

United States Department of
   Health and Human Services