UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS )<br>)<br>GRAY PANTHERS, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>MICHAEL LEAVITT, Secretary of Health )<br>and Human Services., )<br>)<br>    Defendant. )<br>) | Civil Action No.:  06-1607-HHK |

### ORDER

UPON CONSIDERATION of defendant's motion to stay pending appeal of the preliminary injunction entered on September 27, 2006, and the entire record in this case, the Court finds that good cause exists for the motion. Therefore, it is hereby

**ORDERED** that defendant's motion to stay pending appeal of the preliminary injunction entered on September 27, 2006 is **GRANTED**.

_____                                _____
Date                                                United States District Judge