UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS )<br>)<br>GRAY PANTHERS, )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>MICHAEL LEAVITT, Secretary of Health )<br>and Human Services., )<br>)<br>      Defendant. )<br>_____ ) | Civil Action No.: 06-1607-HHK |

## NOTICE OF APPEAL

Notice is hereby given this 29th day of September 2006, that defendant, Michael O. Leavitt, Secretary of Health and Human Services, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the preliminary injunction entered in this action on the 27th day of September, 2006.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. Bar #498610
                                        United States Attorney

                                        /s/
                                        MEGAN L. ROSE, N.C. Bar # 28639
                                        Assistant United States Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        202-514-7220

                                                          _/s/_____
                                                          MARCUS H. CHRIST
                                                          LAWRENCE J. HARDER
                                                          U.S. Department of Health and Human Services
                                                             Office of the General Counsel
                                                          Centers for Medicare & Medicaid Services
                                                             Division
                                                          7500 Security Blvd., C2-05-23
                                                          Baltimore, MD 21244
                                                          410-786-9304

<u>OF COUNSEL</u>:

DANIEL MERON
General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
  for Litigation

United States Department of
   Health and Human Services

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2006, a true and correct copy of the foregoing Notice of Appeal was served via the Court's electronic filing system and via first-class United States mail, postage prepaid, addressed to the following:

> Vicki Gottlich
> CENTER FOR MEDICARE ADVOCACY, INC.
> 1101 Vermont Avenue, NW
> Suite 1001
> Washington, DC 20005
> (202) 216-0028
> Email: vgottlich@medicareadvocacy.org

_____
MEGAN L. ROSE
Assistant United States Attorney