UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS<br><br>GRAY PANTHERS,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL LEAVITT, Secretary of Department of Health and Human Services,<br>　　　　　　　Defendant. | Civil Action 06-01607 (HHK) |

**ORDER**

Before the court is defendant's motion for a stay pending appeal, or in the alternative, for a temporary stay to allow the court of appeals to consider defendant's motion for a stay [#16], of the court's order of September 27, 2006, granting plaintiffs a preliminary injunction. Defendant has noticed an appeal to the Court of Appeals for the District of Columbia Circuit [#17]. Upon consideration of the defendant's motion, and the record of the case, the court concludes, in its discretion, that the defendant's motion should be denied. *See* Fed. R. Civ. P. 62(c).

Accordingly, it is this 29th day of September, 2006, hereby

**ORDERED** that defendant's motion for a stay pending appeal, or in the alternative for a temporary stay to allow the court of appeals to consider defendant's motion for a stay, is hereby **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge