UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACTION ALLIANCE OF SENIOR CITIZENS**<br><br>**GRAY PANTHERS**<br>          **Plaintiffs,**<br><br>     v.<br><br>**MICHAEL LEAVITT, Secretary of Health and Human Services,**<br><br>          **Defendant.** | Civil Action 06-1607 (HHK) |

**ORDER**

On September 29, 2006, this court denied defendant's motion for a stay pending appeal of this court's order of September 27, 2006, granting a preliminary injunction. Upon reconsideration, the court concludes that defendant's alternative motion for a temporary stay until the United States Court of Appeals is able to consider the government's motion for a stay pending appeal should be granted.

Accordingly, it is this 2nd day of October, 206, hereby

**ORDERED** that this court's order of September 27, 2006, granting a preliminary injunction is stayed temporarily until the United States Court of Appeals for the District of Columbia Circuit is able to consider the government's motion for a stay pending appeal.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge