# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5295**  September Term, 2006

06cv01607

Filed On:

Action Alliance of Senior Citizens, et al.,
    Appellees

v.

Michael O. Leavitt, Secretary of Department of Health and Human Services,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT X 4 2006

CLERK

**BEFORE:** Rogers, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the emergency motion for stay pending appeal and for temporary stay pending the court's consideration and the opposition thereto, it is

**ORDERED** that the emergency motion for stay pending appeal be granted, and that the district court's order filed September 27, 2006 be stayed pending resolution of this appeal. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); Virginia Petroleum Jobbers Association v. FPC, 259 F.2d 921 (D.C. Cir. 1958). It is

**FURTHER ORDERED**, on the court's own motion, that the following briefing schedule shall apply:

| | |
|---|---|
| Appellant's Opening Brief and Appendix | November 3, 2006 |
| Appellees' Brief | December 4, 2006 |
| Appellant's Reply Brief | December 14, 2006 |

The Clerk is directed to schedule this appeal for oral argument on the first appropriate date on the court's January 2007 calendar.

**Per Curiam**

JWR
TBG/ear
BK