UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS GREY PANTHERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 06-1607-HHK |
| MICHAEL LEAVITT, Secretary of Health and Human Services., | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon consideration of Defendant's Motion to Stay Further Proceedings Pending a Final Decision of the Court of Appeals, and the entire record herein, it is this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion to Stay be GRANTED; and it is

FURTHER ORDERED that all proceedings in this matter, including but not limited to discovery and Defendant's response to Plaintiffs' First Amended Complaint, are hereby stayed until thirty days after the final decision of the Court of Appeals in <u>Action Alliance of Senior Citizens v. Leavitt</u>, No. 06-5295 (D.C. Cir. <u>docketed</u> Sept. 29, 2006).

_____
UNITED STATES DISTRICT JUDGE