UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL LEAVITT, Secretary of Department Of Health and Human Services, <br><br>Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 06-1607 (HHK) ) ) ) ) ) ) ) |

**(ALTERNATIVE PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW DISCOVERY**

The Court having considered Plaintiffs' Motion for an Order Allowing Discovery, or, in the Alternative, Scheduling the Local Rule 16.3(a) Conference, and it appearing that there is good cause to allow discovery to proceed without delay,

IT IS HEREBY ORDERED that the defendant shall respond to Plaintiffs' First Set of Interrogatories and Requests for Admissions and for Production within twenty-five (25) calendar days of the date that this order is signed.

DATED: November    , 2006

_____
Henry H. Kennedy, Jr.
United States District Judge