UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, Secretary of Department Of Health and Human Services, <br><br> Defendant. | Civil Action No. 06-1607 (HHK) |

**(ALTERNATIVE PROPOSED) ORDER SCHEDULING LCvR 16.3(a) CONFERENCE, JOINT REPORT, AND SCHEDULING CONFERENCE**

The Court having considered Plaintiffs' Motion for an Order Allowing Discovery, or, in the Alternative, Scheduling the Local Rule 16.3(a) Conference, and it appearing that there is good cause to convene the LCvR 16.3(a)/F.R.Civ.P. 26(f) conference,

IT IS HEREBY ORDERED that the parties shall confer in accordance with LCvR 16.3(a) and F.R.Civ.P. 26(f) within five (5) business days of the date that this Order is signed, and

IT IS FURTHER ORDERED that the defendant shall respond to Plaintiffs' First Set of Interrogatories and Requests for Admissions and for Production within twenty-five (25) calendar days of the date that the parties confer in accordance with LCvR 16.3(a) and F.R.Civ.p. 26(f), and

IT IS FURTHER ORDERED that the parties shall file their LCvR 16.3(d) joint report

2

with this Court not later than 14 days following the date that the parties confer, and the Court will hold the initial scheduling conference on _____, 2006 at _____.

DATED: November ___, 2006          _____
                                    Henry H. Kennedy, Jr.
                                    United States District Judge