UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACTION ALLIANCE OF SENIOR CITIZENS**<br><br>**GRAY PANTHERS,**<br><br>　　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**MICHAEL LEAVITT, Secretary of Department of Health and Human Services,**<br>　　　　　　　**Defendant.** | Civil Action 06-01607 (HHK) |

## ORDER TO STAY PROCEEDINGS

Upon consideration of defendant's motion to stay further proceedings pending a final decision of the Court of Appeals [22], and the entire record herein, it is this 7th day of November, 2006, hereby

**ORDERED** that defendant's motion to stay be **GRANTED**; and it is

**FURTHER ORDERED** that all proceedings in this matter, including but not limited to discovery and defendant's response to plaintiffs' first amended complaint, are hereby stayed until thirty days after the final decision of the court of Appeals in Action Alliance of Senior Citizens v. Leavitt, No. 06-5295 (D.C. Cir. docketed Sept. 29, 2006).

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge