UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL )<br><br>Plaintiffs, )<br><br>v. )<br><br>MICHAEL LEAVITT, Secretary of Department Of Health and Human Services )<br><br>Defendant. ) | Civil Action No. 06-01607 (HHK) |

**(PLAINTIFFS' PROPOSED) ORDER VACATING STAY OF PROCEEDINGS AND GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

The Court having considered the plaintiffs' motions to vacate stay of proceedings and for leave to file the Second Amended Complaint, and the written and oral arguments of the parties in support of and against these motions,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The motion to vacate stay of proceedings is GRANTED;

2. Pursuant to Rule 15(a), F.R.Civ.P., the motion for leave to file the Second Amended Complaint is GRANTED; and, accordingly,

3. The Clerk is ordered to file the Second Amended Complaint, previously lodged with this Court.

IT IS SO ORDERED.

Dated in the District of Columbia, this     day of        , 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge