# EXHIBIT A

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850



Mr. XXX XXXXX
XXXX Any Street
City, State  XXXXX

**Account Number:  XXXXXXXX**

Dear Mr. XXXXX:

As you may recall from the recent letter we sent to you, Medicare experienced a processing error that resulted in you receiving a refund of your Prescription Drug Plan premiums.  Again, we apologize for this error and any inconvenience it may have created for you.  **Most importantly, we want to make certain that you understand that your prescription drug coverage will continue uninterrupted.**

There are two main purposes of this letter:

- First, to inform you about your future premium withholding status.

- Second, to inform you about the steps you can take to return the incorrect payment, so that it can be used to pay your premiums as you intended.

Medicare has worked hard to develop options for returning the incorrect payment that are intended to minimize any inconvenience for you.  You would have received this incorrect payment in one of two ways.  Either as a refund check or a direct deposit into your bank account.  If you received a refund check and have not already done so, please do not deposit the refund check.  I will explain below how you can return the check to us by mail.  If you received a payment directly deposited into your bank account, please set aside that amount of money for now.

## What you can expect concerning withholding of your future premiums:

The Centers for Medicare & Medicaid Services is working to restart withholding from your Social Security benefits.  The Social Security Administration will resume premium withholding beginning in October.  In most cases, your premiums for September and October will be withheld from your October benefits.

## Here is how you can return the incorrect payment you received:

Our records indicate that within the last month you received an incorrect payment of **$xxx.xx**.

You may choose from the following options:

1. You can return the check you received by writing **"VOID"** on the face of the check, and then mail it to the following address:

> Medicare - Drug Premiums
> P.O. Box 9058
> Pleasanton, CA 94566-9058

2. You can mail us a personal check or money order, made payable to **"Medicare"** in the amount indicated above. Please mail your check or money order to:

> Medicare - Drug Premiums
> P.O. Box 9058
> Pleasanton, CA 94566-9058

Please include your name and the account number given above on the check or money order.

3. You can ask that we directly debit the amount from your personal bank account. Please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 6:00 PM (Pacific) and we will be happy to make those arrangements for you.

   **Choosing this option will require that you provide personal banking information to our customer service representatives.**

4. If you have already returned this payment, please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 6:00 PM (Pacific) and let us know.

You should return this payment by September 30, 2006. If returning the amount in full presents you with a hardship, you may request to make monthly installment payments for as many as seven months. If you would like to discuss this option please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 6:00 PM (Pacific). Our customer service representatives will work with you to develop a repayment plan that suits your needs.

**<u>Please note that no one from Medicare will call you and ask for your bank account number or any other personal information. If someone contacts you seeking this information or other personal information, do not give it to them.</u>**

Thank you for your prompt attention to this matter and again accept our apologies for the inconvenience caused. If you have any questions, please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 6:00 PM (Pacific).

Sincerely,

# EXHIBIT B

CENTER FOR MEDICARE ADVOCACY, INC.
P. O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790   (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

ATTORNEYS
  Judith A. Stein
  Brad S. Plebani
  Pamela A. Meliso
  Gill Deford
  Alfred J. Chiplin, Jr.*
  Toby Edelman*
  Vicki Gottlich*
  Patricia Nemore*
  Lara K. Stauning
  Mary T. Berthelot
  Mary A. Ashkar
  Ted J. Bliman
  Abigail C. Goff

OF COUNSEL
  Sally Hart*
  Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

DATA PROJECT DIRECTOR
  Larry S. Glatz

ADMINISTRATOR
  Carolyn S. Boyle

DATA PROJECT MANAGER
  Mary Glatz

NURSE ADVOCATE
  Ellen M. Martineau, R.N.

CONSULTANTS
  Ellen L. Lang, R.N., M.P.H.
  Marcus Tilton
  Jocelyne Watrous

May 4, 2007

Mr. Michael J. Astrue
Commissioner of the Social Security Administration
6401 Security Blvd.
Baltimore, Maryland 21235

Re:   Lucy C. Loveall, P.O. Box 698, Franklin, KY 42135-0698

Dear Mr. Astrue:

We write to you on behalf of our client, Ms. Lucy C. Loveall, a Medicare Part D participant.

In early August 2006, Ms. Loveall received a letter from the Social Security Administration (SSA), stating without further explanation that she would receive $161.70 on around August 18, which was money due to her through July 2006. She confirmed that the money had been correctly sent to her and was hers to keep, but in fact the payment had been made in error, through no fault of Ms. Loveall or any of the other recipients of the erroneous payments. She then received letters from CMS dated August 18 and August 29, notifying her of the error and demanding repayment of the funds by September 30, 2006. Complying with this request would pose a serious hardship to Ms. Loveall, who has already applied the incorrectly issued amount toward bill payments.

The fact that Ms. Loveall was not informed of her right to seek waiver of recovery of the erroneous payments and of how she could make a waiver request violated her rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord Ms. Loveall her right to request a waiver pursuant to § 404(b).  At a minimum, we ask that a revised notice be sent to her alerting her of her right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director

cc:

Quittie C. Wilson, Assistant Regional Commissioner
Processing Center Operations
Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001

Supervisor
Social Security
1310 Campbell Lane
Bowling Green, Kentucky 42104

Anne Marie Regan
Office of Kentucky Legal Services Programs
1139 East Broadway
Louisville, KY 40204

**CENTER FOR MEDICARE ADVOCACY, INC.**
P.O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790    (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

ATTORNEYS
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.*
Toby Edelman*
Vicki Gottlich*
Patricia Nemore*
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar
Ted J. Bliman
Abigail C. Goff

OF COUNSEL
Sally Hart*
Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

DATA PROJECT DIRECTOR
Larry S. Glatz

ADMINISTRATOR
Carolyn S. Boyle

DATA PROJECT MANAGER
Mary Glatz

NURSE ADVOCATE
Ellen M. Martineau, R.N.

CONSULTANTS
Ellen L. Lang, R.N., M.P.H.
Marcus Tilton
Jocelyne Watrous

May 4, 2007

Ms. Leslie V. Norwalk, Deputy Administrator
Centers for Medicare & Medicaid Services
7500 Security Blvd.
Baltimore, Maryland 21244

Re:    Lucy C. Loveall, P.O. Box 698, Franklin, KY 42135-0698

Dear Ms. Norwalk:

We write to you on behalf of our client, Ms. Lucy C. Loveall, a Medicare Part D participant.

In early August 2006, Ms. Loveall received a letter from the Social Security Administration (SSA), stating without further explanation that she would receive $161.70 on around August 18, which was money due to her through July 2006. She confirmed that the money had been correctly sent to her and was hers to keep, but in fact the payment had been made in error, through no fault of Ms. Loveall or any of the other recipients of the erroneous payments. She then received letters from CMS dated August 18 and August 29, notifying her of the error and demanding repayment of the funds by September 30, 2006. Complying with this request would pose a serious hardship to Ms. Loveall, who has already applied the incorrectly issued amount toward bill payments.

The fact that Ms. Loveall was not informed of her right to seek waiver of recovery of the erroneous payments and of how she could make a waiver request violated her rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord Ms. Loveall her right to request a waiver pursuant to § 404(b). At a minimum, we ask that a revised notice be sent to her alerting her of her right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director


cc:

Charlene M. Frizzera, Acting Chief Operating Officer
Centers for Medicare & Medicaid Services
7500 Security Blvd.
Baltimore, Maryland 21244

DCS, A Performant Company
Medicare-Drug Premiums
P.O. Box 9058
Pleasanton, California 94566-9058

Roger Perez, Regional Administrator
CMS – Region 4
Atlanta Federal Center
61 Forsyth Street, S.W., Suite 4T20
Atlanta, GA 30303-8909

Anne Marie Regan
Office of Kentucky Legal Services Programs
1139 East Broadway
Louisville, KY 40204

**CENTER FOR MEDICARE ADVOCACY, INC.**
P.O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790    (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

ATTORNEYS
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.*
Toby Edelman*
Vicki Gottlich*
Patricia Nemore*
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar
Ted J. Bliman
Abigail C. Goff

OF COUNSEL
Sally Hart*
Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

DATA PROJECT DIRECTOR
Larry S. Glatz

ADMINISTRATOR
Carolyn S. Boyle

DATA PROJECT MANAGER
Mary Glatz

NURSE ADVOCATE
Ellen M. Martineau, R.N.

CONSULTANTS
Ellen L. Lang, R.N., M.P.H.
Marcus Tilton
Jocelyne Watrous

May 4, 2007

Mr. Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Re:    Lucy C. Loveall, P.O. Box 698, Franklin, KY 42135-0698

Dear Mr. Leavitt:

We write to you on behalf of our client, Ms. Lucy C. Loveall, a Medicare Part D participant.

In early August 2006, Ms. Loveall received a letter from the Social Security Administration (SSA), stating without further explanation that she would receive $161.70 on around August 18, which was money due to her through July 2006. She confirmed that the money had been correctly sent to her and was hers to keep, but in fact the payment had been made in error, through no fault of Ms. Loveall or any of the other recipients of the erroneous payments. She then received letters from CMS dated August 18 and August 29, notifying her of the error and demanding repayment of the funds by September 30, 2006. Complying with this request would pose a serious hardship to Ms. Loveall, who has already applied the incorrectly issued amount toward bill payments.

The fact that Ms. Loveall was not informed of her right to seek waiver of recovery of the erroneous payments and of how she could make a waiver request violated her rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord Ms. Loveall her right to request a waiver pursuant to § 404(b). At a minimum, we ask that a revised notice be sent to her alerting her of her right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director

cc:

Charlene M. Frizzera, Acting Chief Operating Officer
Centers for Medicare & Medicaid Services
7500 Security Blvd.
Baltimore, Maryland 21244

DCS, A Performant Company
Medicare-Drug Premiums
P.O. Box 9058
Pleasanton, California 94566-9058

Roger Perez, Regional Administrator
CMS – Region 4
Atlanta Federal Center
61 Forsyth Street, S.W., Suite 4T20
Atlanta, GA 30303-8909

Anne Marie Regan
Office of Kentucky Legal Services Programs
1139 East Broadway
Louisville, KY 40204

CENTER FOR MEDICARE ADVOCACY, INC.
P.O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790   (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

**ATTORNEYS**
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.*
Toby Edelman*
Vicki Gottlich*
Patricia Nemore*
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar
Ted J. Bliman
Abigail C. Goff

**OF COUNSEL**
Sally Hart*
Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

**DATA PROJECT DIRECTOR**
Larry S. Glatz

**ADMINISTRATOR**
Carolyn S. Boyle

**DATA PROJECT MANAGER**
Mary Glatz

**NURSE ADVOCATE**
Ellen M. Martineau, R.N.

**CONSULTANTS**
Ellen L. Lang, R.N., M.P.H.
Marcus Tilton
Jocelyne Watrous

May 4, 2007

Mr. Michael J. Astrue
Commissioner of the Social Security Administration
6401 Security Blvd.
Baltimore, Maryland 21235

Dear Mr. Astrue:

We write to you on behalf of our clients, Action Alliance of Senior Citizens and the Gray Panthers, advocacy organizations whose membership includes many Medicare Part D participants.

In early August 2006, you wrote to some 230,000 Part D participants, stating that the addressee would soon receive a check in a specified amount coinciding with the recipient's premium for the just-past month. This payment was made in error, through no fault of the affected beneficiaries. In September 2006, the same beneficiaries received a letter from the Centers for Medicaid and Medicare Services (CMS) demanding repayment of the funds by the end of that month. Complying with this request would pose a hardship to many of the affected beneficiaries.

The fact that the beneficiaries were not informed of their right to seek waiver of recovery of the erroneous payments and of how they could make a waiver request violated their rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord the affected beneficiaries their right to seek waiver pursuant to § 404(b). At a minimum, we ask that a revised notice be sent to said beneficiaries alerting them of their right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director

cc:

Pedro Rodriguez, Executive Director
Action Alliance of Senior Citizens
2740 N. Front Street
Philadelphia, PA 19133

Susan Murany, Executive Director
Gray Panthers National Office
1612 K Street, NW
Suite 300
Washington, DC 20006

**CENTER FOR MEDICARE ADVOCACY, INC.**
P. O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790    (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

ATTORNEYS
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.*
Toby Edelman*
Vicki Gottlich*
Patricia Nemore*
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar
Ted J. Bliman
Abigail C. Goff

OF COUNSEL
Sally Hart*
Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

DATA PROJECT DIRECTOR
Larry S. Glatz

ADMINISTRATOR
Carolyn S. Boyle

DATA PROJECT MANAGER
Mary Glatz

NURSE ADVOCATE
Ellen M. Martineau, R.N.

CONSULTANTS
Ellen L. Lang, R.N., M.P.H.
Marcus Tilton
Jocelyne Watrous

May 4, 2007

Mr. Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Dear Mr. Leavitt:

We write to you on behalf of our clients, Action Alliance of Senior Citizens and the Gray Panthers, advocacy organizations whose membership includes many Medicare Part D participants.

In early August 2006, the Social Security Administration (SSA) wrote to some 230,000 Part D participants, stating that the addressee would soon receive a check in a specified amount coinciding with the recipient's premium for the just-past month. This payment was made in error, through no fault of the affected beneficiaries. In September 2006, the same beneficiaries received a letter from CMS demanding repayment of the funds by the end of that month. Complying with this request would pose a hardship to many of the affected beneficiaries.

The fact that the beneficiaries were not informed of their right to seek waiver of recovery of the erroneous payments and of how they could make a waiver request violated their rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord the affected beneficiaries their right to request a waiver pursuant to § 404(b). At a minimum, we ask that a revised notice be sent to said beneficiaries alerting them of their right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director


cc:


Pedro Rodriguez, Executive Director
Action Alliance of Senior Citizens
2740 N. Front Street
Philadelphia, PA 19133


Susan Murany, Executive Director
Gray Panthers National Office
1612 K Street, NW
Suite 300
Washington, DC 20006

# CENTER FOR MEDICARE ADVOCACY, INC.

P. O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790    (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

ATTORNEYS
 Judith A. Stein
 Brad S. Plebani
 Pamela A. Meliso
 Gill Deford
 Alfred J. Chiplin, Jr.*
 Toby Edelman*
 Vicki Gottlich*
 Patricia Nemore*
 Lara K. Stauning
 Mary T. Berthelot
 Mary A. Ashkar
 Ted J. Bliman
 Abigail C. Goff

OF COUNSEL
 Sally Hart*
 Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

DATA PROJECT DIRECTOR
 Larry S. Glatz

ADMINISTRATOR
 Carolyn S. Boyle

DATA PROJECT MANAGER
 Mary Glatz

NURSE ADVOCATE
 Ellen M. Martineau, R.N.

CONSULTANTS
 Ellen L. Lang, R.N., M.P.H.
 Marcus Tilton
 Jocelyne Watrous

May 4, 2007

Ms. Leslie V. Norwalk, Deputy Administrator
Centers for Medicare & Medicaid Services
7500 Security Blvd.
Baltimore, Maryland 21244

Dear Ms. Norwalk:

We write to you on behalf of our clients, Action Alliance of Senior Citizens and the Gray Panthers, advocacy organizations whose membership includes many Medicare Part D participants.

In early August 2006, the Social Security Administration (SSA) wrote to some 230,000 Part D participants, stating that the addressee would soon receive a check in a specified amount coinciding with the recipient's premium for the just-past month. This payment was made in error, through no fault of the affected beneficiaries. In September 2006, the same beneficiaries received a letter from CMS demanding repayment of the funds by the end of that month. Complying with this request would pose a hardship for many of these beneficiaries.

The fact that the beneficiaries were not informed of their right to seek waiver of recovery of the erroneous payments and of how they could make a waiver request violated their rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord the affected beneficiaries their right to seek waiver pursuant to § 404(b). At a minimum, we ask that you send a revised notice to said beneficiaries alerting them of their right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director

cc:

Pedro Rodriguez, Executive Director
Action Alliance of Senior Citizens
2740 N. Front Street
Philadelphia, PA 19133

Susan Murany, Executive Director
Gray Panthers National Office
1612 K Street, NW
Suite 300
Washington, DC 20006

# EXHIBIT C

2. Article Number

7106 4575 1292 4323 4566

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Mr. Michael Astrue
Commissioner of Social
Security Administration
6401 Security Blvd.
Baltimore, MD 21235

PS Form 3811, June 2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. S    SOCIAL SECURITY ADMINISTRATION
        BALTIMORE, MARYLAND 21235
X                                       ☐ Agent
                                        ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

MAY 0 7 2007

Domestic Return Receipt

2. Article Number

|||||||| (barcode) ||||||||

7106 4575 1292 4323 4559

3. Service Type    **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery
Pat Taylor    5-7-07

C. Signature
X Pat Taylor    ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

Ms. Leslie V. Norwalk,
Deputy Administrator
Centers for Medicare & Medicaid Svcs.
7500 Security Blvd.
Baltimore, MD 21244

PS Form 3811, June 2000    Domestic Return Receipt

2. Article Number

|||||||||| BARCODE ||||||||||

7106 4575 1292 4323 4528

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

Mr. Michael O. Leavitt
Secretary of Health and
    Human Services
200 Independence Ave, SW
Washington, DC 20201

PS Form 3811, June 2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Dora Ricks    5-09.07

C. Signature
X   DORA RICKS    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Domestic Return Receipt

2. Article Number

7106 4575 1292 4323 4573

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Mr. Michael J. Astrue
Commissioner of the Social
Security Administration
6401 Security Blvd,
Baltimore, MD 21235

PS Form 3811, June 2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature

SOCIAL SECURITY ADMINISTRATION
X BALTIMORE, MARYLAND 21235     ☐ Agent
                                ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 0 7 2007

Domestic Return Receipt

**2. Article Number**

||||||||||||||||||||||||||||

7106 4575 1292 4323 4535

**3. Service Type  CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

Mr. Michael O. Leavitt
Secretary of Health and
Human Services
200 Independence Ave, SW
Washington, DC 20201

PS Form 3811, June 2000

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

DORA RICKS     5-9-07

C. Signature

X  Dora Ricks

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

Domestic Return Receipt

2. Article Number

7106 4575 1292 4323 4542

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
*Pat Taylor*    5-7-07

C. Signature
X *Pat Taylor*    ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

Ms. Leslie V. Norwalk
Deputy Administrator
Centers for Medicare & Medicaid
7500 Security Blvd.    Svcs.
Baltimore, MD 21244

PS Form 3811, June 2000    Domestic Return Receipt

# EXHIBIT D



# SOCIAL SECURITY

TEH2A
QA4026

May 14, 2007

RECEIV____

MAY 17 2007

Center for
Medicare Advocacy

Mr. Brad S. Plebani, Esq.
Deputy Director
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, Connecticut 06226

Dear Mr. Plebani:

This letter is in response to your inquiry on behalf of your clients, the Action Alliance of Senior Citizens and the Gray Panthers advocacy organizations, concerning Medicare (Part D) benefits.

The Centers for Medicare & Medicaid Services has jurisdiction over the matter you inquired about.  Therefore, we are referring your inquiry to that Agency at 7500 Security Boulevard, Baltimore, Maryland 21244-1850, for consideration.

Sincerely,

*Annie White*

Annie White
Associate Commissioner
Office of Public Inquiries



# SOCIAL SECURITY

TEH2A
QA4027

May 11, 2007

RECEIVED

MAY 18 2007

Center for
Medicare Advocacy

Brad S. Plebani, Esq.
Deputy Director
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, Connecticut 06226

Dear Mr. Plebani:

This letter is in response to your inquiry on behalf of Ms. Lucy C. Loveall concerning a payment she received from her Medicare (Part B) benefits.

The Centers for Medicare & Medicaid Services has jurisdiction over the matter you inquired about. Therefore, we are referring your inquiry to that Agency at 7500 Security Boulevard, Baltimore, Maryland 21244-1850, for consideration.

Sincerely,

*Annie White*

Annie White
Associate Commissioner
Office of Public Inquiries

# EXHIBIT E

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001
Date:  August 10, 2006
Claim Number:  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D2

0803 T2R M04,PC3,N,BI,T221,
LUCY C LOVEALL          000062094 01 AB    0.317
P O BX 698
FRANKLIN KY 42135-0698



We will no longer deduct money for your health plan premium(s) from your monthly benefits.

**What We Will Pay And When**

- You will receive $161.70 around August 18, 2006.

- This is the money you are due through July 2006.

- You will receive $859.00 for August 2006 around September 1, 2006.

- After that you will receive $859.00 on or about the third of each month.

**Information About Your Health Plan Premiums**

If you have any questions about your health plan premiums, please contact your health plan(s).

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-270-842-5691.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
1310 CAMPBELL LANE
BOWLING GREEN, KY 42104

C                          See Next Page

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D2

Page 2 of 2

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Quittie C. Wilson
Assistant Regional Commissioner,
Processing Center Operations

# EXHIBIT F



**CENTERS for MEDICARE & MEDICAID SERVICES**

August 29, 2006

File#7-20876565
LUCY C LOVEALL
PO BOX 698
FRANKLIN KY 42135-0698

Account Number:  90405073736

Dear Medicare Beneficiary:

As you may recall from the recent letter we sent to you, Medicare experienced a processing error that resulted in you receiving a refund of your Prescription Drug Plan premiums.  Again, we apologize for this error and any inconvenience it may have created for you.  **Most importantly, we want to make certain that you understand that your prescription drug coverage will continue uninterrupted.**

There are two main purposes of this letter:

•     First, to inform you about your future premium withholding status.
•     Second, to inform you about the steps you can take to return the incorrect payment, so that it can be used to pay your premiums as you intended.

Medicare has worked hard to develop options for returning the incorrect payment that are intended to minimize any inconvenience for you.  You would have received this incorrect payment in one of two ways.  Either as a refund check or a direct deposit into your bank account.  If you received a refund check and have not already done so, please do not deposit the refund check.  I will explain below how you can return the check to us by mail.  If you received a payment directly deposited into your bank account, please set aside that amount of money for now.

**What you can expect concerning withholding of your future premiums:**

The Centers for Medicare & Medicaid Services is working to restart withholding from your Social Security payment beginning in October.  Since no premium was withheld from your September payment, this withholding will cover your September and October premiums.

**Here is how you can return the incorrect payment you received:**

Our records indicate that within the last month you received an incorrect payment of **$161.70**.

CMS/LR301

---

DCS, A PERFORMANT COMPANY      P.O. BOX 9058      866 292 8080 TOLL FREE
                                      PLEASANTON, CA 94566-9058      PERFORMANTCORP.COM

You may choose from the following options:

1. You can return the check you received by writing **"VOID"** on the face of the check, and then mail it to the following address:

> Medicare - Drug Premiums
> P.O. Box 9058
> Pleasanton, CA 94566-9058

2. You can mail us a personal check or money order, made payable to **"Medicare"** in the amount indicated above. Please mail your check or money order to:

> Medicare - Drug Premiums
> P.O. Box 9058
> Pleasanton, CA 94566-9058

Please include your name and the account number given above on the check or money order.

3. You can ask that we directly debit the amount from your personal bank account. Please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 9:00 PM (Eastern) and we will be happy to make those arrangements for you.

**Choosing this option will require that you provide personal banking information to our customer service representatives.**

4. If you have already returned this payment, please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 9:00 PM (Eastern) and let us know.

You should return this payment by September 30, 2006. If returning the amount in full presents you with a hardship, you may request to make monthly installment payments for as many as seven months. If you would like to discuss this option please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 9:00 PM (Eastern). Our customer service representatives will work with you to develop a repayment plan that suits your needs.

**Please note that no one from Medicare will call you and ask for your bank account number or any other personal information. If someone contacts you seeking this information or other personal information, do not give it to them.**

Thank you for your prompt attention to this matter and again accept our apologies for the inconvenience caused. If you have any questions, please **telephone us toll free at 1-866-292-8080** any time from 7:00 AM (Eastern) to 9:00 PM (Eastern).

Sincerely,

*John R. Dyer*

John R. Dyer
Chief Operating Officer