**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS ) | |
| ) | |
| GREY PANTHERS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.:  06-1607-HHK |
| ) | |
| MICHAEL LEAVITT, Secretary of Health ) | |
| and Human Services., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant Michael O. Leavitt, Secretary of Health and Human Services ("HHS"), by and

through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R.

Civ. P., to enlarge the time to oppose Plaintiff's motion to vacate stay and for leave to file a

second amended complaint.  Defendant requests that the deadline for responding be extended

two weeks, from June 14 to June 28, 2007.  This is Defendant's first request for an enlargement

of time in this case, and no scheduling order has been entered.  Plaintiff, through counsel, has

graciously consented to this motion.  A proposed order is attached.

This enlargement of time is sought because additional time is needed for counsel for

Defendant and counsel for a proposed Defendant, the Social Security Administration ("SSA") to

confer.  On May 31, 2007, Plaintiff moved to vacate the stay currently in place for district court

proceedings and requested that the Court allow the filing of a second amended complaint, which

would add the SSA as a Defendant and assert additional claims.  Document No. 27.[1]  Although

---

[1]  Plaintiff's motion also notes that it has simultaneously filed with the Court of Appeals a
petition for rehearing and rehearing en banc. See Document No. 27 at n.1.

the undersigned counsel for Defendant HHS has reviewed Plaintiff's motion and conferred with

the agency, it appears that additional counsel may need to participate in the response.

Accordingly, the requested time will allow new counsel to familiarize themselves with this case

and allow for the necessary coordination among parties, supervisory review, and approval of

Defendant's response.  Furthermore, the undersigned counsel will be out of the office from June

21 through June 26, 2007.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing

Defendant some additional time to formulate their response will aid both the parties and the

Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

opposing or otherwise responding to Plaintiff's Motion be extended to June 28, 2007.


Respectfully submitted,


JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

OF COUNSEL:

DANIEL MERON
General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
  for Litigation

United States Department of
   Health and Human Services