UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS )<br>)<br>GREY PANTHERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL LEAVITT, Secretary of Health )<br>and Human Services., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.:  06-1607-HHK |

## ORDER

Having considered Defendant's Consent Motion for Enlargement of Time to Oppose Plaintiff's Motion to Vacate Stay and For Leave to File Second Amended Complaint, it is this ___ day of _____, 2007,

ORDERED that the Defendant's Consent Motion for Enlargement of Time is hereby granted, and it is further

ORDERED that Defendant shall have through and including June 28, 2007, to oppose or otherwise respond to Plaintiff's Motion.

                                                                            _____
                                                                            Henry H. Kennedy
                                                                            United States District Judge