IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL LEAVITT, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1607-HHK |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Richard G. Lepley and Peter Robbins of the United States Department of Justice are hereby substituted for Assistant United States Attorney Megan L. Rose, and for Lawrence J. Harder and Marcus H. Christ, Attorneys for the Department of Health and Human Services, as counsel of record for defendant in the above-captioned matter. Further communications and correspondence in this case should be directed to:

> Peter Robbins
> U.S. Department of Justice
> 20 Massachusetts Ave, NW, Room 7142
> Washington, D.C. 20530

Respectfully submitted,

OF COUNSEL:
DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

-2-

| | |
|---|---|
| MARK D. POLSTON | /s/ Peter Robbins |
| Deputy Associate | RICHARD G. LEPLEY |
| General Counsel for Litigation | PETER ROBBINS |
| | Department of Justice |
| MARCUS H. CHRIST | 20 Massachusetts Avenue, N.W., Room 7142 |
| LAWRENCE J. HARDER | Washington, D.C.  20530 |
| Attorneys | Tel:  (202) 514-3953 |
| United States Department of | |
| Health and Human Services | Attorneys for Defendant |