IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS<br>GREY PANTHERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL LEAVITT,<br><br>    Defendant. | Civil Action No. 06-1607-HHK |

**DEFENDANT'S EXHIBIT D**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5295**  **September Term, 2006**

06cv01607

Filed On: February 1, 2007 [1020662]

Action Alliance of Senior Citizens, et al.,
    Appellees

    v.

Michael O. Leavitt, Secretary of Department of Health and Human Services,
    Appellant

**BEFORE**: Ginsburg, Chief Judge, Tatel, Circuit Judge, and Williams, Senior Circuit Judge

### O R D E R

It is, **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing the following issue: with respect to any statutory basis for plaintiffs' claim, the jurisdictional basis for the district court's review, in light of 42 U.S.C. §§ 405(g), 405(h), 1395ii, Shalala v. Illinois Council on Long Term Care, Inc., 529 U.S. 1 (2000), and any other provisions or cases bearing on the subject.

The following briefing format and schedule will apply:

| | |
|---|---|
| Supplemental Brief for Plaintiffs-Appellees (not to exceed 15 pages) | February 15, 2007 |
| Supplemental Brief for Defendant-Appellant (not to exceed 15 pages) | February 22, 2007 |
| Supplemental Reply Brief for Plaintiffs-Appellees (not to exceed 7 pages) | March 1, 2007 |

All submissions are due by 4:00 p.m. on the date due, and are to be filed and served by hand.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Nancy G. Dunn
Deputy Clerk