IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS GREY PANTHERS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-1607-HHK<br>) |
| MICHAEL LEAVITT, | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S EXHIBIT G**



# SOCIAL SECURITY

Office of the Regional Commissioner
26 Federal Plaza Rm. 40-102
New York, NY 10278

June 7, 2007

Mr. Brad S. Plebani, Esq.
Deputy Director
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, Connecticut 06226

Dear Mr. Plebani:

On May 4, 2007, you sent two letters to Michael J. Astrue, Commissioner of Social Security, concerning the erroneous refunds of Medicare Part D premiums that were sent in August 2006. You sent one letter on behalf of Ms. Lucy C. Loveall, an individual Medicare Part D participant, and one on behalf of Action Alliance of Senior Citizens and the Gray Panthers. You requested that the Commissioner take the action necessary to provide Ms. Loveall and other affected beneficiaries with an opportunity to request a waiver of the erroneous premium refund pursuant to 42 U.S.C. § 404(b).

On May 11 and May 14, 2007, the Social Security Administration's (SSA) Office of Public Inquiries responded to your letters. The May 11 and May 14 letters were sent to you in error, and should not be considered SSA's official response to your waiver requests. I apologize for any confusion these letters may have caused you and your client. SSA is still considering the issues you raised in your May 4 letters, and will be issuing an appropriate response to your client's waiver request shortly.

Sincerely,

Beatrice M. Disman
Chair, Medicare Planning and Implementation
Task Force