IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-1607-HHK |

**ORDER**

Upon consideration of plaintiffs' motion to vacate the stay in the above-captioned action, and defendant's opposition thereto, it is hereby

ORDERED that plaintiffs' motion is denied, and it is further

ORDERED that plaintiffs' motion to amend their complaint is stricken from the record without prejudice to refiling after the stay expires.

_____           _____
DATE                          UNITED STATES DISTRICT JUDGE