UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL, Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, Secretary of Department Of Health and Human Services <br><br> Defendant. | Civil Action No. 06-1607 (HHK) |

NOTICE RE: ACTION ON PETITIONS FOR REHEARING

This is to inform the Court that on Friday, July 13, 2007, the D.C. Circuit denied plaintiffs' Petition for Rehearing and Rehearing *En Banc* (filed on May 30, 2007) of the appellate panel's decision in *Action Alliance of Senior Citizens v. Leavitt*, 483 F.3d 852 (D.C.Cir. 2007).

Respectfully submitted,

_/s/ Vicki Gottlich_

VICKI GOTTLICH
D.C. Bar No. 937185
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, N.W., Suite 1001
Washington, D.C. 20005
(202) 216-0028

GILL DEFORD
D.C. Bar No. 459280
WEY-WEY KWOK
D.C. Bar No. 461647
JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.

        P.O. Box 350
        Willimantic, CT 06226
        (860) 456-7790

        SALLY HART
        Center for Medicare Advocacy, Inc.
        2033 East Speedway Blvd., Suite 200
        Tucson, AZ 85719
        (520) 322-0126

        Attorneys for Plaintiff

DATED: July 16, 2007

## CERTIFICATE OF SERVICE

    I, Michael Rubin, under the direction of counsel for the plaintiffs, Vicki Gottlich, certify that, on July 16, 2007, the Plaintiffs' Notice Re: Action on Petitions for Rehearing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Michael Rubin