IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, <br><br> Defendant. | Civil Action No. 06-1607-HHK |

**NOTICE OF RECENT DECISION**

      This Court will please take notice of the two attached orders of the Court of Appeals for this Circuit, dated July 13, 2007, which deny plaintiffs' petition for rehearing of the Court of Appeals' decision to vacate the preliminary injunction previously entered by this Court in the above-captioned action.  The mandate, which will make the decision of the Court of Appeals final, now must be issued within seven calendar days of the orders, Fed. R. App. P. 41(b), and the mandate becomes effective when it is issued.  Fed. R. App. P. 41(c).  These developments effectively moot plaintiffs' pending motion to lift the stay of all other proceedings entered by this Court on November 26, 2006.  That stay expires by its own terms thirty days after the mandate.  Order to Stay Proceedings at 1 (Doc. 26).  At that time, plaintiffs will be perfectly free to file

their contemplated motion for leave to amend their complaint. There is no need to invoke the resources of the Court to consider ending the stay at any earlier time.

|  |  |
|---|---|
| OF COUNSEL:<br>DANIEL MERON<br>General Counsel | Respectfully submitted,<br><br>PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel for Litigation | /s/ Peter Robbins<br>RICHARD G. LEPLEY<br>PETER ROBBINS<br>Department of Justice |
| MARCUS H. CHRIST<br>LAWRENCE J. HARDER<br>Attorneys<br>United States Department of<br>Health and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br><br>Attorneys for Defendant |