# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5295**   **September Term, 2006**

06cv01607

Filed On: July 13, 2007 [1053436]

Action Alliance of Senior Citizens, et al.,
    Appellees

v.

Michael O. Leavitt, Secretary of Department of Health
and Human Services,
    Appellant

**BEFORE:**    Ginsburg, Chief Judge, and Sentelle, Henderson, Randolph, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges, Williams, Senior Circuit Judge

### ORDER

Upon consideration of appellees' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk