UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ACTION ALLIANCE OF SENIOR CITIZENS,        )
GRAY PANTHERS, LUCY CAROLYN LOVEALL        )
                                           )
                    Plaintiffs,            )
                                           )
        v.                                 )   C.A. No. 06-1607 (HHK)
                                           )
MICHAEL LEAVITT, Secretary of Department   )
Of Health and Human Services               )
                                           )
                    Defendant.             )
_____)

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF FILING**

On July 16, 2007, plaintiffs filed their "Notice Re: Action on Petitions for Rehearing" to bring to the Court's attention that the Court of Appeals had denied plaintiffs-appellees' Petitions for Rehearing or Rehearing En Banc in this case. Later that day defendant filed a "Notice of Recent Decision," in which he repeated the same information but also made a new argument as to why the Court should deny plaintiffs' motion to vacate the stay.

The Secretary contends, for the first time, that the denial of the petitions "effectively moot[s] plaintiffs' pending motion to lift the stay …." Notice of Recent Decision at 1. He bases that contention on the fact that the stay will be lifted, by its own terms, thirty days after the mandate issues.

The Court of Appeals' denial of the petitions does not moot plaintiffs' motion. Rather, it eliminates from consideration one issue that defendant had raised in opposing the lifting of the stay, namely, that there could be simultaneous proceedings in the two

courts. See Def. Mem. in Opp. to Pl. Motion to Vacate Stay, at 12. Plaintiffs' desire to move this case along in this Court has not been altered or mooted by the Court of Appeals' action. If anything, there is more reason now to vacate the stay and return this case to the active docket.

It is not clear why the Secretary is so anxious to delay further proceedings in this case for an additional five weeks. Delay is the only goal that will be served by that delay. When this Court issued the stay with an automatic termination date 30 days after the issuance of the mandate, perhaps it assumed that the Court of Appeals' decision might resolve the case on the merits, so that the additional time was necessary for the parties to determine what steps to take to implement that decision. But the Court of Appeals did not resolve the merits of this case: it vacated the preliminary injunction order without reaching the merits of whether 42 U.S.C. § 404(b) requires notice of and the right to waiver of recovery.

Plaintiffs have now taken the steps that the Court of Appeals outlined to ensure this Court's jurisdiction. Vacating the stay and allowing the Second Amended Complaint to be filed will simply allow the case to proceed to the merits of plaintiffs' § 404(b) claim. No reason exists why that process should be delayed for an additional five weeks.

In the present circumstances, no rationale exists for extending the stay for thirty days beyond the issuance of the mandate. Through their actions as set out in the Second Amended Complaint, the plaintiffs are ready to proceed to the merits, and there is no logic in putting off that effort.

Accordingly, plaintiffs respectfully reiterate their request that the stay be vacated and that the Second Amended Complaint be ordered filed.

Respectfully submitted,


/s/ Vicki Gottlich

VICKI GOTTLICH
D.C. Bar No. 937185
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, N.W., Suite 1001
Washington, D.C. 20005
(202) 216-0028

GILL DEFORD
D.C. Bar No. 459280
WEY-WEY KWOK
D.C. Bar No. 461647
JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790

SALLY HART
Center for Medicare Advocacy, Inc.
2033 East Speedway Blvd., Suite 200
Tucson, AZ 85719
(520) 322-0126

Attorneys for Plaintiffs

DATED: July 17, 2007

**CERTIFICATE OF SERVICE**

      I, Michael Rubin, under the direction of counsel for the plaintiffs, Vicki Gottlich, certify that, on July 17, 2007, the Plaintiffs' Response to Defendant's Notice of Filing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Michael Rubin
                                      Michael Rubin