UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACTION ALLIANCE OF SENIOR CITIZENS

GRAY PANTHERS,

        Plaintiffs,

    v.

MICHAEL LEAVITT, Secretary of Department of Health and Human Services,

        Defendant.

Civil Action 06-01607 (HHK)

FILED
JUL 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiffs have filed a motion to vacate the stay and to file an amended complaint [#27]. Upon consideration of the motion, the opposition thereto, and the record in this case, the court concludes that the motion should be denied.

Accordingly, it is this 24th day of July, 2007, hereby

**ORDERED** that plaintiffs' motion to vacate the stay and to file an amended complaint [#27] is **DENIED**.

                              Henry H. Kennedy, Jr.
                              United States District Judge