# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5295**                                                    **September Term, 2006**

ACTION ALLIANCE OF SENIOR CITIZENS, ET AL.,
        APPELLEES

v.

MICHAEL O. LEAVITT, SECRETARY OF DEPARTMENT OF HEALTH AND HUMAN SERVICES,
        APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 06cv01607)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED APR 1 7 2007

CLERK

FILED JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: GINSBURG, *Chief Judge*, and TATEL, *Circuit Judge,* and WILLIAMS, *Senior Circuit Judge.*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: April 17, 2007

Opinion for the court filed by Senior Circuit Judge Williams.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk