UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LEAVITT, Secretary of Department Of Health and Human Services<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-01607<br>)                    (HHK)<br>)<br>)<br>)<br>)<br>) |

**(PLAINTIFFS' PROPOSED) ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL AND SECOND AMENDED COMPLAINT**

The Court having considered the plaintiffs' motion for leave to file the Supplemental and Second Amended Complaint, and the arguments of the parties in support of and against this motion,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to Rule 15(a) and (d), F.R.Civ.P., the motion for leave to file the Supplemental and Second Amended Complaint is GRANTED; and, accordingly,

2. The Clerk is ordered to file the Supplemental and Second Amended Complaint, previously lodged with this Court.

IT IS SO ORDERED.

Dated in the District of Columbia, this      day of          , 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge