IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL LEAVITT, | ) ) |
| Defendant. | ) ) ) |

Civil Action No. 06-1607-HHK

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME IN WHICH TO
ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT
AND/OR TO FILE A RESPONSIVE MOTION**

Upon consideration of defendant's unopposed motion for an enlargement of time in which to answer plaintiffs' first amended complaint and/or to file a responsive motion, it is hereby

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that, if plaintiffs' motions for leave to file a second amended complaint and for leave to file a supplemental complaint are both denied, defendant's answer and/or responsive motion shall be due to be filed ten days after the date of the order; and it is further

ORDERED that, if plaintiffs' motion for leave to file a second amended complaint is granted, defendants' answer and/or responsive motion to the second amended complaint shall be due to be filed, pursuant to Fed. Civ. P. 15(a), ten days after the date of the order; and it is further

ORDERED that, if plaintiffs' motion for leave to file a supplemental complaint is granted,

this Court shall determine, pursuant to Fed R. Civ. P. 15(d), whether defendants will be required to file an answer and/or responsive motion.

_____    _____
DATE                       UNITED STATES DISTRICT JUDGE