IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-1607-HHK |

**DEFENDANT'S UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE HIS OPPOSITION TO PLAINTIFFS' MOTION
TO AMEND AND/OR SUPPLEMENT THEIR COMPLAINT**

Defendant respectfully moves this Court for an enlargement of time up to and including September 21, 2006 in which to file his opposition to plaintiffs' motion to amend their complaint or, in the alternative, to file a supplemental complaint. The opposition is currently due to be filed on September 10, 2006. No prior enlargement has been requested. Counsel for defendant have discussed this motion with counsel for plaintiffs and are authorized to state that plaintiffs do not oppose it. Defendant requests this eleven-day enlargement to accommodate the vacation schedules of counsel and to allow counsel to an opportunity to confer fully with

defendant in order to provide the Court with the most complete and useful statement of his position. A proposed order is attached.[1]

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: |  |
| DANIEL MERON | PETER D. KEISLER |
| General Counsel | Assistant Attorney General |
|  |  |
| JANICE L. HOFFMAN | JEFFREY A. TAYLOR |
| Acting Associate General Counsel | United States Attorney |
|  |  |
| MARK D. POLSTON | /s/ Peter Robbins |
| Deputy Associate | RICHARD G. LEPLEY |
| General Counsel for Litigation | PETER ROBBINS |
|  | Department of Justice |
| MARCUS H. CHRIST | 20 Massachusetts Avenue, N.W., Room 7142 |
| LAWRENCE J. HARDER | Washington, D.C. 20530 |
| Attorneys | Tel: (202) 514-3953 |
| United States Department of |  |
| Health and Human Services | Attorneys for Defendant |

---

[1] By minute order dated September 4, 2007, this Court granted defendant's unopposed motion to extend his time to file an answer and/or responsive motion to the first amended complaint currently in the record. Defendant interprets the text of the order as granting him ten days from the date of the Court's ruling on plaintiffs' pending motion to amend their complaint, filed pursuant to Fed. R. Civ. P. 15(a), or until such time as the Court may order if it grants plaintiffs' alternative motion to supplement their complaint, filed pursuant to Fed. R. Civ. P. 15(d). Defendant does not read the minute order as giving him ten days from the date of the minute order in which to file his answer and/or responsive motion to the first amended complaint, as such a deadline would defeat the purpose of the unopposed enlargement motion. If such is not the intention of the Court, however, defendant respectfully requests clarification.