IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 06-1607-HHK |
| MICHAEL LEAVITT, | ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

Upon consideration of defendant's unopposed motion for an enlargement of time in which to respond to plaintiffs' motion to amend their complaint, it is hereby

ORDERED that defendant's motion is GRANTED, and defendant shall have up to and including September 21, 2006 in which to file his opposition to plaintiffs' motion to amend their complaint or, in the alternative, to file a supplemental complaint.

_____                _____
DATE                                                                    UNITED STATES DISTRICT JUDGE