UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, <br><br> Defendant. | Civil Action 06-1607 (HHK) |

**O R D E R**

Upon consideration of defendant's unopposed motion for an enlargement of time in which to respond to plaintiffs' motion to amend their complaint, it is hereby

**ORDERED** that defendant's motion is GRANTED, and defendant shall have up to and including September 21, 2006 within which to file his opposition to plaintiffs' motion to amend their complaint or, in the alternative, to file a supplemental complaint.

Henry H. Kennedy, Jr.<br>
United States District Judge

Dated: September 6, 2007