UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACTION ALLIANCE OF SENIOR CITIZENS, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**MICHAEL LEAVITT,**<br><br>    **Defendant.** | Civil Action 06-01607 (HHK) |

**ERRATUM**

The court's order entered September 6, 2007, Docket [40] should be corrected as follows:

Second paragraph, line 2, delete "2006" and insert "2007."

  **SO ORDERED.**

                  Henry H. Kennedy, Jr.
                  United States District Judge

Dated: September 10, 2007