IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS GREY PANTHERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1607-HHK ) |
| MICHAEL LEAVITT, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S EXHIBIT A**

CENTER FOR MEDICARE ADVOCACY, INC.
P. O. BOX 350
WILLIMANTIC, CONNECTICUT 06226
(860) 456-7790    (800) 262-4414
FAX (860) 456-2614
www.medicareadvocacy.org

ATTORNEYS
Judith A. Stein
Brad S. Plebani
Pamela A. Meliso
Gill Deford
Alfred J. Chiplin, Jr.*
Toby Edelman*
Vicki Gottlich*
Patricia Nemore*
Lara K. Stauning
Mary T. Berthelot
Mary A. Ashkar
Ted J. Bliman
Abigail C. Goff

OF COUNSEL
Sally Hart*
Wey-Wey Elaine Kwok*

*Admitted in other jurisdictions

DATA PROJECT DIRECTOR
Larry S. Glatz

ADMINISTRATOR
Carolyn S. Boyle

DATA PROJECT MANAGER
Mary Glatz

NURSE ADVOCATE
Ellen M. Martineau, R.N.

CONSULTANTS
Ellen L. Lang, R.N., M.P.H.
Marcus Tilton
Jocelyne Watrous

May 4, 2007

Mr. Michael J. Astrue
Commissioner of the Social Security Administration
6401 Security Blvd.
Baltimore, Maryland 21235

Re:   Lucy C. Loveall, P.O. Box 698, Franklin, KY 42135-0698

Dear Mr. Astrue:

We write to you on behalf of our client, Ms. Lucy C. Loveall, a Medicare Part D participant.

In early August 2006, Ms. Loveall received a letter from the Social Security Administration (SSA), stating without further explanation that she would receive $161.70 on around August 18, which was money due to her through July 2006. She confirmed that the money had been correctly sent to her and was hers to keep, but in fact the payment had been made in error, through no fault of Ms. Loveall or any of the other recipients of the erroneous payments. She then received letters from CMS dated August 18 and August 29, notifying her of the error and demanding repayment of the funds by September 30, 2006. Complying with this request would pose a serious hardship to Ms. Loveall, who has already applied the incorrectly issued amount toward bill payments.

The fact that Ms. Loveall was not informed of her right to seek waiver of recovery of the erroneous payments and of how she could make a waiver request violated her rights under 42 U.S.C. § 404(b); 20 C.F.R. § 404.501 et seq. Pursuant to § 404(b), in "any case in which more than the correct amount of payments has been made to a Title II beneficiary, there shall be no adjustment of payments to, or recovery by the United States from, any person who is without fault if such adjustment or recovery would defeat the purpose of this subchapter or would be against equity and good conscience."

We respectfully request that you take necessary action to accord Ms. Loveall her right to request a waiver pursuant to § 404(b). At a minimum, we ask that a revised notice be sent to her alerting her of her right to request that recovery of the erroneous payment be waived and of how to make that request.

Sincerely,

Brad S. Plebani, Esq.
Deputy Director

cc:

Quittie C. Wilson, Assistant Regional Commissioner
Processing Center Operations
Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001

Supervisor
Social Security
1310 Campbell Lane
Bowling Green, Kentucky 42104

Anne Marie Regan
Office of Kentucky Legal Services Programs
1139 East Broadway
Louisville, KY 40204