IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 06-1607-HHK |
| MICHAEL LEAVITT, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Upon consideration of plaintiffs' motion for leave to file supplemental and second amended complaint, defendant's opposition thereto, and the entire record herein, it is hereby

ORDERED that plaintiffs' motion is denied, and it is further

ORDERED that judgment is entered in favor of defendant.

_____                           _____
DATE                                       UNITED STATES DISTRICT JUDGE