UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL )<br><br>Plaintiffs, )<br><br>v. )<br><br>MICHAEL LEAVITT, Secretary of Department Of Health and Human Services )<br><br>Defendant. ) | Civil Action No. 06-1607 (HHK) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND REQUEST TO EXTEND PAGE LIMITATION**

Plaintiffs Action Alliance of Senior Citizens, Gray Panthers, and Lucy Carolyn Loveall ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply to Defendant's Opposition to Plaintiffs' Motion for Leave to File Supplemental and Second Amended Complaint. Plaintiffs request that the deadline for replying be extended a week and a half, from September 28 to October 10, 2007. This is Plaintiffs' first request for an enlargement of time in this case, and no scheduling order has been entered. Plaintiffs also respectfully request the Court's permission pursuant to Local Rule 7(e), to exceed the 25-page limitation by 10 pages for their reply brief, if needed. Pursuant to Local Rule 7(m), counsel for plaintiffs has received authorization from defendant's counsel to state that defendant does not oppose the granting of this motion. A proposed order is attached.

On the evening of Friday, September 21, 2007, Defendant filed a 43-page opposition pursuant to the Court's order of September 6 granting defendant's motion for enlargement of time. In opposing Plaintiffs' motion for leave to file a supplemental and second amended

complaint, Defendant attempts to refute the entire substantive merits of the proposed claims. In light of the scope and substance of Defendant's lengthy opposition, plaintiffs require and request an enlargement of time and space in order to adequately respond.

This extension is sought in good faith and will not unfairly prejudice any party or materially delay the furtherance of this action. Granting the Plaintiffs additional time and pages to formulate their response will allow for a more cogent analysis and expeditious review of the issues in this case.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that the time for replying to Defendant's Opposition be extended to October 10, 2007, and that the page limit for the reply be extended to 35 pages.

Respectfully submitted,

/s/ Vicki Gottlich

VICKI GOTTLICH
D.C. Bar No. 937185
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1101 Vermont Avenue, N.W., Suite 1001
Washington, D.C. 20005
(202) 216-0028

GILL DEFORD
D.C. Bar No. 459280
WEY-WEY KWOK
D.C. Bar No. 461647
JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790

                                                SALLY HART
                                                Center for Medicare Advocacy, Inc.
                                                2033 East Speedway Blvd. Suite 200
                                                Tucson, AZ 85719
                                                (520) 322-0126

                                                Attorneys for Plaintiff

DATED:    September 25, 2007