UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LEAVITT, Secretary of Department Of Health and Human Services<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1607<br>)           (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Having considered Plaintiffs' Unopposed Motion for Enlargement of Time and Request to Extend Page Limitation, it is hereby:

ORDERED that the Plaintiffs' Unopposed Motion for Enlargement of Time and Request to Extend Page Limitation is hereby granted, and it is further

ORDERED that Plaintiffs shall have through and including October 10, 2007, to reply to Defendant's Opposition, and

ORDERED that Plaintiffs shall be permitted to file a Reply in support of their Motion for Leave to File a Supplemental and Second Amended Complaint of up to 35 pages in length.

Dated: _____            _____
                                                                    Henry H. Kennedy, Jr.
                                                                    United States District Judge