UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, LUCY CAROLYN LOVEALL,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MICHAEL LEAVITT, Secretary of Department of Health and Human Services,  )<br>)<br>Defendant.  ) | C.A. No. 06-1607 (HHK) |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER OF PLAINTIFFS' WASHINGTON COUNSEL**

Please take notice that, effective immediately, plaintiffs' Washington, D.C. counsel (Vicki Gottlich and Patricia B. Nemore) have a new address and telephone number:

> Center for Medicare Advocacy, Inc.
> 1025 Connecticut Ave., N.W., Suite 709
> Washington, D.C. 20036
> 202-293-5760
> 202-293-5764 (fax)

Respectfully submitted,

/s/ Vicki Gottlich

VICKI GOTTLICH
D.C. Bar No. 937185
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1025 Connecticut Ave., N.W. Suite 709
Washington, D.C. 20036
(202) 293-5760

                                                GILL DEFORD
                                                D.C. Bar No. 459280
                                                WEY-WEY KWOK
                                                D.C. Bar No. 461647
                                                JUDITH STEIN
                                                BRAD PLEBANI
                                                Center for Medicare Advocacy, Inc.
                                                P.O. Box 350
                                                Willimantic, CT 06226
                                                (860) 456-7790

                                                SALLY HART
                                                Center for Medicare Advocacy, Inc.
                                                2033 East Speedway Blvd., Suite 200
                                                Tucson, AZ 85719
                                                (520) 322-0126

                                                Attorneys for Plaintiffs

DATED:  October 3, 2007

2

**CERTIFICATE OF SERVICE**

      I, Michael Rubin, under the direction of counsel for the plaintiffs, Vicki Gottlich, certify that, on October 3, 2007, the Notice of Change of Address and Telephone Number of Plaintiffs' Washington counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                       /s/ Michael Rubin

                                                       Michael Rubin