UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACTION ALLIANCE OF SENIOR CITIZENS, et al.,**<br>　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**MICHAEL LEAVITT, Secretary of Department of Health and Human Services,**<br>　　　　　　**Defendant.** | Civil Action 06-01607 (HHK) |

**O R D E R**

The court having considered the plaintiffs' motion for leave to file the supplemental and second amended complaint [#37}, and the arguments of the parties in support of and against this motion, it is hereby,

**ORDERED, ADJUDGED and DECREED** that:

1. Pursuant to Rule 15(a) and (d) F.R.Civ.P., the motion for leave to file the supplemental and second amended complaint is **GRANTED**; and, accordingly,

2. The Clerk of the Court is ordered to file the supplemental and second amended complaint, previously lodged with this court.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 13, 2007