UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, GRAY PANTHERS, and LUCY CAROLYN LOVEALL, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MICHAEL LEAVITT, Secretary of Department of Health and Human Services, and MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, )<br><br>Defendants. ) | Civil Action No.  06-1607 (HHK) |

DECLARATION OF MICHAEL RUBIN CONCERNING SERVICE OF SUPPLEMENTAL
AND SECOND AMENDED COMPLAINT AND SUMMONSES

I, Michael Rubin, under the direction of counsel for the plaintiffs, Vicki Gottlich, herby certify

that on November 14, 2007, I caused to be mailed, by certified mail, return receipt requested, the

complaint and summons in the above-captioned case to the following:

Michael J. Astrue, Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

U.S. Attorney for the District of Columbia
501 3rd Street, N.W., Suite 4500
Civil Division, 4th Floor
Washington, D.C. 20001
Attn:  Civil Process Clerk

Michael B. Mukasey
Attorney General of the United States
Case Classifications
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

I am over eighteen years of age and am not a party to this litigation.

I certify under penalty of perjury that the foregoing is true and correct.   Executed on November 14, 2007.

MICHAEL RUBIN