IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL LEAVITT, et al. | ) ) |
| Defendants. | ) ) |

Civil Action No. 06-1607-HHK

## **ORDER**

Upon consideration of defendants' motion to dismiss plaintiffs' supplemental and second amended complaint and plaintiffs' opposition thereto, and the entire record, it is hereby

ORDERED that defendants' motion is GRANTED, and plaintiffs' complaint is DISMISSED.

_____     _____
Date                                    UNITED STATES DISTRICT JUDGE