UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ACTION ALLIANCE OF SENIOR CITIZENS,        )
GRAY PANTHERS, LUCY CAROLYN LOVEALL,       )
                                           )
                 Plaintiffs,               )
                                           )
         v.                                )  C.A. No. 06-1607 (HHK)
                                           )
MICHAEL LEAVITT, Secretary of Department   )
of Health and Human Services;  MICHAEL J. ASTRUE, )
Commissioner of the Social Security Administration, )
                                           )
                 Defendants.               )
_____)

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to F.R.Civ.P. 56 and LCvR 7(h) and 56.1, plaintiffs hereby move for summary judgment. They make this Motion based on the pleadings, declarations, and exhibits previously filed in this action, and on the Memorandum and Statement of Material Facts as to Which There Is No Genuine Issue filed with this Motion. A proposed order accompanies this Motion.

Respectfully submitted,

DATED: December 10, 2007      /s/ Vicki Gottlich

VICKI GOTTLICH
D.C. Bar No. 937185
PATRICIA B. NEMORE
D.C. Bar No. 204446
Center for Medicare Advocacy, Inc.
1025 Connecticut Ave., N.W., Suite 709
Washington, D.C. 20036
(202) 293-5760

GILL DEFORD
D.C. Bar No. 459280
WEY-WEY KWOK
D.C. Bar No. 461647
JUDITH STEIN
BRAD PLEBANI
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790

SALLY HART
Center for Medicare Advocacy, Inc.
2033 East Speedway Blvd., Suite 200
Tucson, AZ 85719
(520) 322-0126

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I, Michael Rubin, under the direction of counsel for the plaintiffs, Vicki Gottlich, certify that on December 10, 2007, Plaintiffs' Motion for Summary Judgment, the Memorandum in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss, Plaintiffs' Statement of Material Facts as to Which There Is No Genuine Issue, and the (Proposed) Order Denying Defendants' Motion to Dismiss and Granting Plaintiffs' Motion for Summary Judgment were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ Michael Rubin

                                             Michael Rubin