IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )    Civil Action No. 06-1607-HHK |
| MICHAEL LEAVITT, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE DEFENDANTS' REPLY IN SUPPORT OF
THEIR MOTION TO DISMISS AND DEFENDANTS' OPPOSITION TO
PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

    Defendants respectfully move this Court for an enlargement of time up to and including January 25, 2008, in which to file defendants' reply in support of their motion to dismiss and defendants' opposition to plaintiffs' cross-motion for summary judgment.  The reply is currently due on December 21, 2007, and the opposition memorandum is due December 26, 2007.  No previous enlargements have been requested with respect to either filing.  The purpose of the requested enlargement is to give the two agency defendants an opportunity to confer fully with their counsel and to provide the Court with the most complete and useful statement of their position.  In addition, undersigned counsel presently has briefs and/or oral arguments on dispositive motions in other cases of significant public importance scheduled on December 17, 2007, December 28, 2007, January 2, 2008, January 15, 2008, and January 17, 2008.

    Counsel for defendants have discussed this motion with counsel for plaintiffs, who stated that they would agree to an enlargement only until January 4, 2008.  This timeframe would not

allow sufficient time for preparation and consultation with agency counsel for the two defendant agencies, in light of the holiday season.  Defendants ask for the proposed enlargement in order to accommodate their pre-existing commitments, while affording the Court with the most complete and useful statement of their position.  A proposed order is attached.

|  |  |
|---|---|
| OF COUNSEL:<br>DANIEL MERON<br>General Counsel | Respectfully submitted,<br><br>JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| MARK D. POLSTON<br>Associate General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| CAROL J. BENNETT<br>Acting Deputy Associate<br>General Counsel for Litigation | /s/ Peter Robbins<br>RICHARD G. LEPLEY<br>PETER ROBBINS<br>United States Department of Justice |
| MARCUS H. CHRIST<br>LAWRENCE J. HARDER<br>Attorneys<br>United States Department of<br>Health and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C.  20530<br>Tel:  (202) 514-3953<br><br>Attorneys for Defendants |

DAVID BLACK
General Counsel

THOMAS CRAWLEY
Deputy General Counsel

GWEN JONES KELLEY
Acting Associate General Counsel
Office of Program Law

EILEEN FARMER
HEDY GORDON
Attorneys
Office of the General Counsel
Social Security Administration