IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al,, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, et al., <br><br> Defendants. | Civil Action No. 06-1607-HHK |

**ORDER GRANTING DEFENDANTS' MOTION
FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE DEFENDANTS'
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS AND DEFENDANTS'
OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of defendants' motion for an enlargement of time up to and including January 25, 2008, in which to file their reply in support of their motion to dismiss and their opposition to plaintiffs' cross-motion for summary judgment, plaintiffs' opposition thereto, and the entire record herein, it is hereby

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that defendants shall have up to and including January 25, 2008 in which to file their opposition to plaintiffs' motion for summary judgment and their reply in support of their motion to dismiss.

_____          _____
DATE                            UNITED STATES DISTRICT JUDGE