UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ACTION ALLIANCE OF SENIOR CITIZENS,      )
GRAY PANTHERS, LUCY CAROLYN LOVEALL,     )
                                         )
                    Plaintiffs,          )
                                         )
        v.                               )   C.A. No. 06-1607 (HHK)
                                         )
MICHAEL LEAVITT, Secretary of Department )
of Health and Human Services;  MICHAEL J. ASTRUE, )
Commissioner of the Social Security Administration, )
                                         )
                    Defendants.          )
_____)

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**

Defendants have requested an additional month to respond to Plaintiffs' Motion for Summary Judgment and their Opposition to Defendants' Motion to Dismiss.[1] As they note, defendants had 16 days under the local rules to file their Opposition, ten of which (December 11-14, 17-21, and 26) are business days. Plaintiffs' counsel offered them an additional nine days (December 27- January 4, which includes six business days), but defendants deem that insufficient. For the following reasons, plaintiffs believe that their offer provides more than enough time for defendants to respond, regardless of the other demands on defendants' lead counsel.

---

[1] On December 10, 2007, plaintiffs e-filed their Motion for Summary Judgment and supporting papers, including their Memorandum in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss. On December 11, the clerk's office informed plaintiffs' counsel that, because of the e-filing system, the Memorandum could only be "linked" to the Motion for Summary Judgment. Consequently, on December 12 plaintiffs refiled the Memorandum, linking it to the Motion to Dismiss. The two Memoranda are identical except for the different filing dates.

1) Defendants have briefed the issues of the merits twice in the last three months, once in opposing plaintiffs' Motion for Leave to Amend and once in supporting defendants' Motion to Dismiss. Moreover, it is no secret that plaintiffs' Memorandum of December 10 and 12 covers essentially the same territory that they have discussed in previous pleadings, including in their Reply on the Motion for Leave to Amend. For defendants to prepare and file their Opposition and Reply will not require them to engage in new research or analysis.

2) Defendants have chosen to delay this case on remand as much as possible, and the requested extension will continue that practice. Instead of consenting to the filing of the Motion for Leave to Amend, they opposed it on futility grounds -- even though this Court had already agreed with plaintiffs' position on the merits in granting the preliminary injunction. When this Court rejected defendants' futility argument, and thus necessarily their position on the merits, they raised virtually the same arguments in the Motion to Dismiss. They have thus taken two bites at the merits apple, which have delayed matters considerably, and now seek 6-1/2 weeks (from December 10 to January 25) to brief the merits once again.

3) While plaintiffs recognize that trial counsel for defendants may have other obligations, there are 13 other attorneys listed on defendants' pleadings. Even if only a few of those are active participants in this case (and at least three of them have been involved in this litigation since its inception), certainly one or more could step in to take primary responsibility for preparing the Opposition – especially since the issues have been so thoroughly and repeatedly briefed in the recent past.

Accordingly, plaintiffs believe that any extension beyond the extra nine days that they offered defendants would be inappropriate.

                                                Respectfully submitted,

DATED: December 13, 2007          /s/ Vicki Gottlich
                                                VICKI GOTTLICH
                                                D.C. Bar No. 937185
                                                PATRICIA B. NEMORE
                                                D.C. Bar No. 204446
                                                Center for Medicare Advocacy, Inc.
                                                1025 Connecticut Ave., N.W., Suite 709
                                                Washington, D.C. 20036
                                                (202) 293-5760

                                                GILL DEFORD
                                                D.C. Bar No. 459280
                                                WEY-WEY KWOK
                                                D.C. Bar No. 461647
                                                JUDITH STEIN
                                                BRAD PLEBANI
                                                Center for Medicare Advocacy, Inc.
                                                P.O. Box 350
                                                Willimantic, CT 06226
                                                (860) 456-7790

                                                SALLY HART
                                                Center for Medicare Advocacy, Inc.
                                                2033 East Speedway Blvd., Suite 200
                                                Tucson, AZ 85719
                                                (520) 322-0126

                                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Michael Rubin, under the direction of counsel for the plaintiffs, Vicki Gottlich, certify that on December 13, 2007, Plaintiffs' Response to Defendants' Motion for an Enlargement of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Michael Rubin
                                                Michael Rubin