IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al.,  )<br>)<br>Plaintiffs,                   )<br>)<br>v.                                     )<br>)<br>MICHAEL LEAVITT, et al.,        )<br>)<br>Defendants.                 )<br>_____) | Civil Action No. 06-1607-HHK |

**DEFENDANTS' EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACTION ALLIANCE OF SENIOR CITIZENS, )
et al., )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 06-1607-HHK
                                    )
MICHAEL LEAVITT, et al.             )
                                    )
        Defendants.                 )
_____)

**DECLARATION OF MARIA MONTILLA**

Maria Montilla, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. I am the Director of the Accounting Management Group in the Office of Financial Management within the Centers for Medicare & Medicaid Services (CMS). CMS is the federal agency within the United States Department of Health and Human Services responsible for administering the Medicare and Medicaid programs.

2. I am familiar with the subject matter of the above captioned lawsuit, which involves erroneous refunds of Medicare Part C and Part D premiums to approximately 230,000 Medicare beneficiaries. The statements made in this Declaration are based on my personal knowledge, information contained in agency files, and information supplied to me by CMS staff in the normal course of my duties.

3. The error that gave rise to the events at issue in this lawsuit occurred in 2006 when a CMS contractor mistakenly concluded that approximately 230,000 Medicare beneficiaries enrolled in Part C and/or Part D of the program should not have had premium amounts withheld from their Social Security benefits for various past periods. When the contractor transmitted this

information to the Social Security Administration (SSA), that caused the erroneous refunds to be issued.

4. A percentage of the erroneous refunds described above was paid from funds in the Medicare Part A and B Trust Funds, but most of the refunds were paid from funds in the Medicare Prescription Drug Account in the Medicare Part B Trust Fund. The refunds were paid by SSA because CMS uses SSA as its agent in withholding Medicare Part C and Medicare Part D premiums from beneficiaries' Social Security checks and also in effectuating any adjustments in that withholding.

Dated:     January  11 , 2008
           Baltimore, Maryland

_____
MARIA MONTILLA

2