IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTION ALLIANCE OF SENIOR CITIZENS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL LEAVITT, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1607-HHK |

**<u>ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of Plaintiffs' motion for summary judgment, defendants' opposition thereto, and the entire record, it is hereby

ORDERED that plaintiffs' motion is DENIED.

_____          _____
Date                                                              United States District Judge